KENNETH M. SORENSON
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Edric.Ching@usdoj.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JORGE LUIS SILVA-HUETE<br><br>Petitioner,<br><br>vs.<br><br>MARKWAYNE MULLIN, in his official capacity as the Secretary of the U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U. S. Immigration and Customs Enforcement; DAREN K MARGOLIN, Director, Executive Office for Immigration Review, in his official capacity; ESTELA DERR, Warden, Honolulu Federal Detention Center; ACTING DIRECTOR, Honolulu Field Office of ICE, Enforcement and Removal Operations,<br><br>Respondents. | CASE NO. CV26-00042 DKW-WRP<br><br>STIPULATION RE: SERVICE, FILING SUPPLEMENTAL/AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND BRIEFING DEADLINES; CERTIFICATE OF SERVICE |

STIPULATION RE: SERVICE, FILING SUPPLEMENTAL/AMENDED
PETITION FOR WRIT OF HABEAS CORPUS AND BRIEFING DEADLINES

The appearing parties, by and through their undersigned counsel, hereby stipulate to the following:

1.    Petitioner sent the Verified Petition For Writ of Habeas Corpus Under 28 U.S.C. 2241 and Request For Declaratory and Injunctive Relief via United States Mail on February 25, 2026 ("Petition") to Respondents and the parties agree that service has been perfected in this matter.

2.    Shortly thereafter, the parties discussed Petitioner filing an Amended Petition or Supplemental Petition.

3.    The parties agreed that Respondents would not file a response to the Petition so that Petitioner would not need leave of Court to file an Amended Petition or Supplemental Petition.

4.    Petitioner has not filed a Supplemental Petition or Amended Petition as Petitioner's counsel experienced communication problems with Petitioner.

5.    The parties agree that Petitioner will file a Supplemental Petition or Amended Petition within fourteen days of the entry of this Stipulation.

6.    The parties agree to the following briefing schedule:   Respondents will have forty-five days to file their Opposition to the Supplemental Petition or Amended Petition and Petitioner has seven days after Respondent files their Opposition to file an optional Reply Memo.

2

7.      The parties agree that good cause exists for the requests made by the parties in this Stipulation.

DATED: June 3, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

/s/ John M. Bray                                          By /s/ Edric M. Ching
_____                  _____
JOHN M BRAY, ESQ                                    EDRIC M. CHING
                                                                   Assistant U.S. Attorney

Attorney for Petitioner                              Attorney for Respondents

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, June 3, 2026.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

*SILVA-HUETE. v. MULLIN, et al*; Case No. CV26-00042 DWK-WRP "Stipulation Re: Service, Filing of Supplemental/Amended Complaint and Briefing Deadlines"

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below,

a true and correct copy of the foregoing was served on the following at their last

known addresses:

Served Electronically through CM/ECF:

CARMEN THERESA DIAMORE-SIAH, ESQ.     carmen@immigrateus.com
Law Office of Carmen Di Amore-Siah
820 S Beretania Street, Suite 200
Honolulu, HI 96813
Tel: (808) 531 2277

JOHN MICHAEL BRAY, ESQ.                         John@jmblawfirm.com
PRO HAC VICE
The Law Office of John M. Bray, PLLC
911 N. Bishop Ave.
Dallas, TX 75208
Tel: (855) 566 2729

       Attorneys for Petitioner
       JORGE LUIS SILVA-HUETE

       DATED: June 3, 2026, at Honolulu, Hawaii.


                /s/ Edric M. Ching
                _____
                U.S. Attorney's Office
                District of Hawaii